# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**TRINA MARIE FLETCHER**                                    **PLAINTIFF**

**V.**                                             **NO. 4:15CV00158-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                    **DEFENDANT**

---

## ORDER DISMISSING CASE
---

      Before the Court is Plaintiff's unopposed Motion To Dismiss Appeal [12]. In support of the motion, Plaintiff states, *inter alia,* that Plaintiff "needs this Court to dismiss . . . [this] case . . . [because there is] no legitimate basis for appeal."

      Pursuant to Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the Plaintiff's request only by court order, on terms that the court considers proper." Therefore, it is

      **ORDERED** that the instant motion is granted, and this case is **DISMISSED**.

      This, the 8th day of March, 2016.

                                                                   /s/ Jane M. Virden
                                                                    UNITED STATES MAGISTRATE JUDGE